No. 71–5388. SMITH v. METZNER, U. S. DISTRICT JUDGE. Motion for leave to file petition for writ of mandamus dismissed pursuant to Rule 60 of the Rules of this Court.

NOVEMBER 5, 1971

No. A–483. COMMITTEE FOR NUCLEAR RESPONSIBILITY, INC., ET AL. v. SCHLESINGER, CHAIRMAN OF ATOMIC ENERGY COMMISSION, ET AL. C. A. D. C. Cir. Application for injunction presented to THE CHIEF JUSTICE, and by him referred to the Court, set down for oral argument at 9:30 a. m. on November 6, 1971.

NOVEMBER 6, 1971

No. A–483. COMMITTEE FOR NUCLEAR RESPONSIBILITY, INC., ET AL. v. SCHLESINGER, CHAIRMAN OF ATOMIC ENERGY COMMISSION, ET AL.

See: —— U. S. App. D. C. ——, ——, ——, 463 F. 2d 783, 788, 796.

*David Sive* argued the cause for applicants. With him on the application for injunction were *Harold P. Green* and *Thomas B. Stoel, Jr.*

*Solicitor General Griswold* argued the cause for respondents.

MR. JUSTICE DOUGLAS.

I would grant the injunction so that the case can be heard on the merits. The most serious question tendered is whether the Atomic Energy Commission (AEC) has satisfied the mandate of the National Environmental